**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BLAS JUNIOR MACHADO FUENMAYOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-786-D |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner Blas Junior Machado Fuenmayor filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 6].

On June 26, 2026, Judge Erwin issued a Report and Recommendation [Doc. No. 12], in which he recommends that the Court dismiss Petitioner's habeas petition as moot. Specifically, Judge Erwin concludes that Petitioner's recent release from custody and removal to Venezuela render his habeas petition moot. *See, e.g., Sule v. I.N.S.*, 189 F.3d 478, 1999 WL 668716, at *1 (10th Cir. 1999) (unpublished table decision) (concluding an immigration detainee's release from immigration custody through deportation "mooted his challenge to the legality of his detention").

In his report, Judge Erwin notified Petitioner of his right to file an objection to the report on or before July 13, 2026, and that the failure to object waives Petitioner's right to

1

appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 12] in its entirety.

For the reasons stated therein, Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED** as **MOOT**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 14th day of July, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE